# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr.,<br><br>    Plaintiff,<br><br>v.<br><br>Quicken Loans Incorporated,<br><br>    Defendant. | **NO. CV-20-00112-PHX-MTL**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Minute Order filed November 30, 2021, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

November 30, 2021

By   s/ D. Draper
     Deputy Clerk